UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**URALLE PRICE**                                                **CIVIL ACTION**

**VERSUS**                                                      **NO. 06-2444**

**BURL CAIN, WARDEN**                                           **SECTION "I" (6)**

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection by petitioner, Uralle Price, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Uralle Price for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this ___20th___ day of June, 2008.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE